THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Sakina Ferebee, Appellant.
 
 
 

Appeal From Beaufort County
J. Ernest Kinard, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2004-UP-565
Submitted November 1, 2004  Filed November 
 9, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia, for Appellant.  
Attorney General Henry Dargan McMaster, Chief Deputy 
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley 
 W. Elliott, all of Columbia; and Solicitor Randolph Murdaugh, III, of Hampton, 
 for Respondent.
 
 
 

PER CURIAM:  Sakina Ferebee appeals her guilty plea to assault and battery 
 with intent to kill.  Counsel for Ferebee attached to the final brief a petition 
 to be relieved as counsel.  Ferebee did not file a separate pro se response.
After a review of the record as required by Anders v. California, 386 
 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we hold there are no directly appealable issues that are arguable on 
 their merits.  Accordingly, we dismiss Ferebees appeal and grant counsels 
 petition to be relieved.
APPEAL DISMISSED.
ANDERSON, STILWELL, and SHORT, JJ., concur.